ORIGINAL

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2006 JUN 26 PM 12: 13

CLERK
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | |
|---|---|
| EVERALD DICKS, | ) |
| Petitioner, | ) |
| v. | ) CV 306-045 |
| MICHAEL PUGH, Warden; BUREAU OF PRISONS; McRAE CORRECTIONAL FACILITY; and UNITED STATES OF AMERICA, | ) |
| Respondents. | ) |

## ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation to which objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, this case is **DISMISSED**, and Petitioner's motion to proceed *in forma pauperis* (doc. no. 2) is **DENIED** as **MOOT**.

SO ORDERED this 26th day of June, 2006, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE